AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

NEURELL CARR; MICHAEL MCDONALD

**EXHIBIT AND WITNESS LIST**

Case Number: MJ04-M-282 JLA

| PRESIDING JUDGE<br>ALEXANDER | PLAINTIFF'S ATTORNEY<br>DAVID TOBIN | DEFENDANT'S ATTORNEY<br>MOSCARDELLI, HAYDEN |
|---|---|---|
| TRIAL DATE (S)<br>12/7/04 | COURT REPORTER<br>DIGITAL RECORDING | COURTROOM DEPUTY<br>REX BROWN |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 12/7/04 | direct | | PETER DARLING, S/A, I.C.E. |
| X | | 12/7/04 | cross | | PETER DARLING, S/A, I.C.E. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages