UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) <br> ) <br> ) |
| v. | ) CRIMINAL NO. 04-MJ-00282-JLA <br> ) |
| **NUEREL CARR** | ) <br> ) |

### GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from November 8, 2004 to and including November 18, 2004 (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)).  Edward L. Hayden, Esquire, counsel for Defendant Carr, assented to the motion during a telephone call with the undersigned on December 20, 2004.  The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial.

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney

                    By: */s/ David G. Tobin*
                        DAVID G. TOBIN
                        Assistant U.S. Attorney

Dated:  December 21, 2004