UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO 05 CR 1 0 0 1 6 RCL |
| v.                      ) | VIOLATIONS: |
| 1.   NUEREL CARR,       ) | |
| 2.   MICHAEL MCDONALD,  ) | |
| 3.   DONOVAN SORRELL    ) | 21 U.S.C. § 963 – Conspiracy to |
|                         ) | Import Cocaine |
|     Defendants          ) | |
|                         ) | 21 U.S.C. § 952(a) & 960(a)- |
|                         ) | Unlawful Importation of Cocaine |
|                         ) | |
|                         ) | 18 U.S.C. § 2 – Aiding and |
|                         ) | Abetting |
|                         ) | |
|                         ) | 21 U.S.C. § 841(a)(1) - Possession |
|                         ) | with Intent to Distribute Cocaine |
|                         ) | |
|                         ) | 18 U.S.C. § 2 – Aiding and Abetting |
|                         ) | |
|                         ) | 21 U.S.C. § 841(a)(1)- Possession |
|                         ) | with Intent to Distribute Cocaine |

### INDICTMENT

**COUNT ONE:**      (21 U.S.C. § 963 – Conspiracy to Import Cocaine)

The Grand Jury charges that:

Beginning on or about September 1, 2004 and continuing thereafter until on or November 24, 2004, in Boston and Quincy, in the District of Massachusetts, in Jamaica, West Indies and elsewhere,

1. NUEREL CARR, and
3. DONOVAN SORRELL,

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other, and with other persons known and unknown to the Grand Jury, to import into the

United States, from a place outside thereof, cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 952(a) and 960(a).

The Grand Jury further charges that the conspiracy involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine. Accordingly, 21 U.S.C. § 841(b)(1)(B)(ii) is applicable to this count.

All in violation of Title 21, United States Code, Section 963.

**COUNT TWO:**     **(21 U.S.C. §952(a) & 960(a)- Unlawful Importation of Cocaine; 18 U.S.C. § 2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about November 23, 2004, at Boston, in the District of Massachusetts,

**1. NUEREL CARR, and**
**3. DONOVAN SORRELL,**

defendants herein, did knowingly and intentionally import into the United States, from a place outside thereof, cocaine, a Schedule II controlled substance.

The Grand Jury further charges that the unlawful importation involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine. Accordingly, 21 U.S.C. § 841(b)(1)(B)(ii) is applicable to this count.

All in violation of Title 21, United States Code, Sections 952(a) and 960(a) and Title 18, United States Code, Section 2.

-3-

**COUNT THREE:**   **(21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute Cocaine; 18 U.S.C. § 2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about November 24, 2004, at Quincy, in the District of Massachusetts,

**1. NUEREL CARR, and**
**2. MICHAEL MCDONALD,**

defendants herein, did knowingly and intentionally possess with intent to distribute, cocaine, a Schedule II controlled substance.

The Grand Jury further charges that the possession with intent to distribute involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine. Accordingly, 21 U.S.C. § 841(b)(1)(B)(ii) is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

-4-

**COUNT FOUR:**     **(21 U.S.C. § 841(a)(1)- Possession with Intent to Distribute Cocaine)**

The Grand Jury further charges that:

On or about November 24, 2004, at Quincy, in the District of Massachusetts,

### 2. MICHAEL MCDONALD,

defendant herein, did knowingly and intentionally possess with intent to distribute, cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

-5-

**FORFEITURE ALLEGATION:**    **(21 U.S.C. § 853)**

The Grand Jury further charges that:

1.    As a result of the offenses alleged in Counts 1 through 4 of this Indictment,

> **1. NUEREL CARR,**
> **2. MICHAEL MCDONALD,and**
> **3. DONOVAN SORRELL**

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2.    If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants -

> (a)   cannot be located upon the exercise of due diligence;
>
> (b)   has been transferred or sold to, or deposited with, a third party;
>
> (c)   has been placed beyond the jurisdiction of the Court;
>
> (d)   has been substantially diminished in value; or
>
> (e)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property

-6-

described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
DAVID G. TOBIN
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS; January 2∠, 2005.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

//:38A

-8-

JS 45 (5/97) - (Revised USAO MA 1/15/04) **05 CR 10016 RCL**

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  __Boston__          Category No. __II__          **Investigating Agency** __ICE__

**City** __Boston__                    **Related Case Information:**

**County** __Suffolk__            Superseding Ind./ Inf. _____   Case No. _____
                                 Same Defendant _____   New Defendant _____
                                 Magistrate Judge Case Number   __MJ 04-M-282-JLA__
                                 Search Warrant Case Number  _____
                                 R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  __SORRELL, Donovan__                    Juvenile    ☐ Yes    ☒ No

Alias Name  _____

Address  __Jamaica__ _____

Birth date (Year only):  __1969__  SSN (last 4 #): __NA__  Sex __M__ Race: __Black__    Nationality: __Jamaican__

**Defense Counsel if known:**  __Martin F. Murphy, Esq.__    **Address:** __150 Federal Street__
                                                               __Boston, MA 02110__

**Bar Number:**  _____

**U.S. Attorney Information:**

**AUSA** __David G. Tobin__                    **Bar Number if applicable** _____

Interpreter:    ☐ Yes ☒ No        **List language and/or dialect:** _____

Matter to be SEALED:    ☐ Yes    ☒ No

      ☐ **Warrant Requested**        ☐ **Regular Process**        ☒ **In Custody**

**Location Status:**

**Arrest Date:**      __November 23, 2004__

☒ Already in Federal Custody as  __of November 23, 2004__    in   __USMS__ _____ .
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____    on  _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony   __2__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

Date: _____        Signature of AUSA: _____

05 CR 10016 RCL

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    SORRELL, Donovan _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. § 963 | Conspiracy to Import Cocaine | 1 |
| Set 2   21 U.S.C. § 952(a) | Importation of Cocaine | 2 |
| Set 3   18 U.S.C. § 2 | Aiding and Abetting | 2 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  __Boston__          Category No. __II__          **Investigating Agency** __ICE__

City  __Boston__                        **Related Case Information:**

County  __Suffolk__            Superseding Ind./ Inf. _____   Case No. _____
                                Same Defendant _____ New Defendant _____
                                Magistrate Judge Case Number  __MJ 04-M-282-JLA__
                                Search Warrant Case Number  _____
                                R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  __MCDONALD, Michael__                    Juvenile   ☐ Yes   ☒ No

Alias Name  _____

Address  __16 Constitution Way, Mattapan, MA__

Birth date (Year only):  __1963__  SSN (last 4 #):  __4952__  Sex __M__ Race:  __Black__   Nationality: _____

**Defense Counsel if known:**  __Michael M. Moscardelli__     Address: __8 Winter Street -12ᵗʰ Fl.__
                                                                    __Boston, MA 02108__

**Bar Number:**  _____

**U.S. Attorney Information:**

AUSA  __David G. Tobin__                    Bar Number if applicable  _____

Interpreter:     ☐ Yes  ☒ No          List language and/or dialect: _____

Matter to be SEALED:    ☐ Yes   ☒ No

        ☐ Warrant Requested          ☐ Regular Process          ☒ In Custody

**Location Status:**

Arrest Date:     __November 24, 2004__

☒ Already in Federal Custody as __of November 24, 2004__ in  __USMS__                    .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:     ☐ Complaint          ☐ Information          ☒ Indictment

Total # of Counts:     ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  __2__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:                    Signature of AUSA:

⚞JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  <u>MCDONALD, Michael</u>_____

**U.S.C. Citations**

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | Possession With The Intent To Dist. Cocaine | 3 |
| Set 2 | 18 U.S.C. § 2 | Aiding and Abetting | 3 |
| Set 3 | 21 U.S.C. § 841(a)(1) | Possession With The Intent To Dist. Cocaine | 4 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

✎JS 45  (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Boston            **Category No.**  II            **Investigating Agency**  ICE

**City**  Boston                          **Related Case Information:**

**County**    Suffolk                     Superseding Ind./ Inf.  _____  Case No.  _____
                                          Same Defendant  _____  New Defendant  _____
                                          Magistrate Judge Case Number    MJ 04-M-282-JLA
                                          Search Warrant Case Number  _____
                                          R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name   CARR, Neurel                          Juvenile    ☐ Yes   ☒ No

Alias Name   (1) Frederick D. Brown; (2) Cox

Address    310 Northwest 22ⁿᵈ Street, Miami, Florida

Birth date (Year only):  1946   SSN (last 4 #):  7680  Sex  M  Race:   Black         Nationality:  _____

**Defense Counsel if known:**    **Edward L. Hayden**         **Address:  7 Franklin Street**
                                                                          **Boston, MA 01902**
**Bar Number:**  _____

**U.S. Attorney Information:**

**AUSA**   David G. Tobin                     **Bar Number if applicable**  _____

**Interpreter:**     ☐ Yes ☒ No          **List language and/or dialect:**  _____

**Matter to be SEALED:**     ☐ Yes   ☒ No

          ☐ **Warrant Requested**          ☐ **Regular Process**          ☒ **In Custody**

**Location Status:**

**Arrest Date:**      **November 24, 2004**

☒ **Already in Federal Custody as**   of November 24, 2004      **in**   USMS               .
☐ **Already in State Custody**  _____   ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☐ **On Pretrial Release:   Ordered by**  _____   **on**  _____

**Charging Document:**     ☐ **Complaint**     ☐ **Information**     ☒ **Indictment**

**Total # of Counts:**     ☐ **Petty**  _____   ☐ **Misdemeanor**  _____   ☒ **Felony**   2

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.**

**Date:**                          **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    CARR, Neurel _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 963 | Conspiracy to Import Cocaine | 1 |
| Set 2  21 U.S.C. § 952(a) | Importation of Cocaine | 2 |
| Set 3  18 U.S.C. § 2 | Aiding and Abetting | 2 |
| Set 4  21 U.S.C. § 841(a)(1) | Possession With Intent to Distribute Cocaine | 3 |
| Set 5  18 U.S.C. § 2 | Aiding and Abetting | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: