AO 458 (Rev. 5/85) Appearance

# United States District Court

_____ DISTRICT OF _____

### APPEARANCE

CASE NUMBER: 05 CR 10016 RCL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  NUEREL CARR

_2·17·05_
Date

Signature: Harold H Hakala

Print Name: HAROLD H. HAKALA

Address: 15 Court Sq

City: Boston   State: Ma   Zip Code: 02108

Phone Number: 617-742-7040