UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 05-10016-RCL |
| ) | |
| v. ) | **VIOLATIONS:** |
| ) | |
| 1) NUEREL CARR, ) | 21 U.S.C. § 963 - Conspiracy to |
| 2) MICHAEL MCDONALD, ) | Import Cocaine |
| 3) DONOVAN SORRELL, ) | |
| Defendants. ) | 21 U.S.C. §§ 952(a) & 960(a) - |
| ) | Unlawful Importation of Cocaine |
| ) | |
| ) | 18 U.S.C. § 2 - Aiding and Abetting |
| ) | |
| ) | 21 U.S.C. § 841(a)(1) - Possession |
| ) | With Intent to Distribute Cocaine |
| ) | |
| ) | 21 U.S.C. § 853 - Criminal |
| ) | Forfeiture |

## UNITED STATES' BILL OF PARTICULARS
## FOR FORFEITURE OF ASSETS

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby files the following Bill of Particulars for Forfeiture of Assets.

The Forfeiture Allegation of the Indictment seeks the forfeiture, pursuant to 21 U.S.C. § 853 as a result of the offenses alleged in Counts One through Four of the Indictment, of any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations, including, but not limited to the following:

1)  one 2000 Nissan Pathfinder, Vehicle Identification No. JN8AR07Y2YW423553, seized from Michael McDonald, on or about November 24, 2004.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

By:  /s/ Shelbey D. Wright
     DAVID G. TOBIN
     SHELBEY D. WRIGHT
     Assistant U.S. Attorneys
     1 Courthouse Way, Suite 9200
     Boston, MA  02210
     (617) 748-3100

Dated:  March 23, 2005

CERTIFICATE OF SERVICE

I certify that I have served a true copy of the foregoing upon John M. Moscardelli, Esquire, Peters & Moscardelli, Eight Winter Street, 12th Floor, Boston, Massachusetts 02108, as counsel for Defendant Michael McDonald, by first class mail, postage prepaid.

                                              /s/ Shelbey D. Wright
                                              Shelbey D. Wright
                                              Assistant U.S. Attorney

Dated:  March 23, 2005