UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) |  |
| ) |  |
| v.   ) | CRIMINAL NO. 05-10016-RCL |
| ) |  |
| NUEREL CARR, and ) |  |
| MICHAEL MACDONALD, ) |  |
| Defendants ) |  |

### GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from November 24, 2004 (the date of the defendants's initial appearance before the Court) to and including May 11, 2005 (the date of the Final Status Conference) (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)).  The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial.  The defendants, through counsel, assented to this request at the Status Conference on April 1, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ David G. Tobin
    DAVID G. TOBIN
    Assistant U.S. Attorney

Dated:  April 4, 2005