UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 05-10016 RCL

NEUREL CARR (1)
MICHAEL MCDONALD (2)
      Defendant

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

On April 1, 2005, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1. There are no unusual or complex issues presented requiring an early joint conference of the District Judge or the Magistrate Judge with the attorneys;

2. Features of the case that deserve special attention or modification of the standard schedule include the independent analysis of cocaine;

3. Supplemental discovery includes lab worksheets;

4. Discovery concerning any expert witnesses pursuant to Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C) will be provided by the government and defense as to drug chemists;

5. The applicable periods of excludable delay under the Speedy Trial Act include: November 24, 2004, through January 26, 2005 (63 days); January 26, 2005, through February 17, 2005(22 days); February 17, 2005, through March 17, 2005 (28 days), for a total of one hundred and thirteen (113) days as of March 17, 2005. There is a pending motion to exclude time. The parties have stated that the total amount of time to proceed to trial is seventy (70) days as of March 17, 2005;

6. Trial is anticipated. The estimated duration of the trial is one (1) week;

7. There are no other matters.

      IT IS HEREBY ORDERED THAT

     A motion date pursuant to Fed. R. Crim. P. 12 (c) has been established. The defense shall file any and all dispositive motions on or before May 11, 2005; with the governments response due on or before May 25, 2005. A **Final Status Conference** is scheduled at **10:30 a.m.** on **May 11, 2005,** in Courtroom 24, 7th floor.

                     HONORABLE JOYCE LONDON ALEXANDER  
                     U.S. MAGISTRATE JUDGE

                     By the Court:

<u>April 26, 2005</u>                 <u>/S/ Rex Brown           </u>  
Date                            Courtroom Clerk  
                              (617) 748-9238