UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-10016-RCL |
| ) | |
| **NUEREL CARR** ) | |
| **MICHAEL MCDONALD** ) | |
| ) | |

### GOVERNMENT'S MOTION TO SCHEDULE A STATUS CONFERENCE

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves this Honorable Court to schedule a status conference in the above-captioned case. On July 26, 2005, Magistrate Judge Alexander sent this case back to the District Court Judge for disposition. Defendant McDonald's Motion to Exclude filed on July 21, 2005, has tolled the provisions of the Speedy Trial Act.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                    By:  */s/ David G. Tobin*
                          DAVID G. TOBIN
                          Assistant U.S. Attorney

Dated: September 7, 2005