UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|                              |   |                          |
|------------------------------|---|--------------------------|
|                              | ) |                          |
| UNITED STATES OF AMERICA     | ) |                          |
|                              | ) |                          |
| v.                           | ) | CRIMINAL NO. 05-10016-RCL |
|                              | ) |                          |
| NUEREL CARR, and             | ) |                          |
| MICHAEL MACDONALD,           | ) |                          |
|       Defendants             | ) |                          |

GOVERNMENT'S MOTION TO CONTINUE TRIAL

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves to continue the trial in the above-captioned case from Monday, February 6, 2006, the date on which the trial is scheduled to commence, to March 6, 2006.  In support of this motion, the United States avers: (1) the prosecution of the case has been reassigned to Assistant United States Attorney Donald L. Cabell; (2) the reassignment was the result of a restructuring of certain divisions within the Office of the United states Attorney; (3) AUSA Cabell is schedule to commence the trial of United States v. Monteiro, Criminal No. 03-10329-PBS, on January 23, 2004; and(4) the anticipated completion date of the Monteiro trial is late February 2006.

For the above stated reasons, the United States asks that the trial be rescheduled for Monday, March 6, 2006.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:      /s/David G. Tobin
DAVID G. TOBIN
Assistant U.S. Attorney