UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-CR-10016-RCL |
| | ) | |
| **NUEREL CARR** | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

Now comes Assistant United States Attorneys Glenn A. MacKinlay and John A. Wortmann, Jr., and hereby give notice of their appearance as government counsel in the above-captioned matter.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

            By:   */s/ Glenn A. MacKinlay*
                  GLENN A. MACKINLAY
                  JOHN A. WORTMANN, JR.
                  Assistant U.S. Attorney
                  United States Attorney's Office
                  One Courthouse Way, Suite 9200
                  Boston, MA 02210
                  (617) 748-3215

Dated:  February 2, 2006