UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA      )
                              )
            v.                )    Criminal No.:  05-10016-RCL
                              )
NUEREL CARR                   )
```

GOVERNMENT'S CERTIFICATION OF TIMELY
ACCEPTANCE OF RESPONSIBILITY

The United States of America, through undersigned counsel, hereby certifies pursuant to U.S.S.G. § 3E1.1(b), that defendant, Nuerel Carr notified the government of his intent to plead guilty in a timely manner, thereby permitting the government to avoid preparing for trial.  Based on that fact, the government requests that Carr be awarded a three-point reduction for acceptance of responsibility.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney


By:  s/ Glenn A. MacKinlay
     GLENN A. MACKINLAY
     Assistant U.S. Attorney