UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-10016-RCL |
| ) | |
| DONOVAN SORRELL, ) | |
| Defendant ) | |

<u>GOVERNMENT'S ASSENTED TO MOTION TO CONTINUE SENTENCING</u>

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves to continue the sentencing in the above-captioned case from Monday, March 13, 2006, the date on which the sentencing is scheduled to occur, to Tuesday, June 13, 2006.  In support of this motion, the United States avers: (1) the defendant pled guilty pursuant to a Plea Agreement entered into with the United States, under which the defendant is obliged to cooperate with the United States and testify against his co-defendants; (2) this Honorable Court allowed a motion to suppress evidence and statements filed by co-defendant Michael McDonald; (3) the United States is evaluating whether to appeal the allowance of the suppression motion; (4) as a result of the allowance of the suppression motion, co-defendant McDonald's trial has been postponed; and (5) the United States intends to call the defendant as a witness at co-defendant McDonald's trial.

The United States respectfully submits that it is in the best interests of the defendant and the government to delay sentencing of the defendant until after he has testified at co-

defendant McDonald's trial.  This will ensure that the Court is fully apprised of the defendant's completed cooperation prior to sentencing.  Counsel for the defendant agreed to assent to this motion during a telephone call with the undersigned during the week of February 27, 2006.

> Respectfully submitted,
>
> MICHAEL J. SULLIVAN
> United States Attorney
>
> By: /s/: *David G. Tobin*
> DAVID G. TOBIN
> Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 3, 2006.

> /s/: *David G. Tobin*
> DAVID G. TOBIN