UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>DONOVAN SORRELL    ) | CRIMINAL NO. 05-10016-RCL |

GOVERNMENT'S MOTION FOR A DOWNWARD
DEPARTURE PURSUANT TO U.S.S.G. §5K1.1
<u>AND SENTENCING RECOMMENDATION</u>

The government respectfully moves, pursuant to U.S.S.G. §5K1.1, that the Court impose a sentence below the level otherwise established by the Federal Sentencing Guidelines in this case, so as to reflect the defendant's substantial assistance in the investigation of another person who committed significant criminal offenses.

    Respectfully submitted,

    MICHAEL SULLIVAN
    United States Attorney

By:

    <u>/S/Donald L. Cabell</u>
    DONALD L. CABELL
    Assistant U.S. Attorney